THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

GS HOLISTIC, LLC,                    :

        Plaintiff,               :        Case No. 1:23-cv-708

    v.                                    :        Judge Walter H. Rice

MAZAJ ENTER., INC., *et al.*,        :

        Defendants.

---

ORDER OVERRULING DEFENDANT OSAMA ALHARITHI'S NOTICE OF TERMINATION OF COUNSEL (DOC. #25) AND STRIKING WITHOUT PREJUDICE TO RENEWAL MOTION FOR SETTLEMENT (DOC. #24), MOTION FOR CLARIFICATION (DOC. #37), AND MOTION TO BE PRESENT AND INFORMED IN ALL PROCEEDINGS DOC. #38) OF DEFENDANTS MAZAJ ENTERPRISE, INC. AND ALHARITHI AS IMPROPERLY FILED, AS THEY WERE NOT FILED AND SIGNED BY THE TRIAL ATTORNEY, IN VIOLATION OF S.D. OHIO CIV.R. 83.4(a)

---

This case is before the Court on a purported Notice of Termination of Counsel of Defendant Osama Alharithi. (Doc. #25). Therein, Alharithi states that he "terminated the legal representation of my attorney, Gregory Joseph Beberich" in the captioned case "effective as of January 27, 2026. . . . Please direct all future correspondence and notices in this matter to me at the contact information listed below until further notice." (*Id.* at PAGEID 103). In its January 29, 2026, Order, the Court noted that "Beberich has not made any filing with respect to the Notice or otherwise intimated his intent to withdraw. Beberich also represents Defendant Mazaj Enterprise, Inc. ('Mazaj'), a corporation for which

Alharithi is the sole incorporator and registered agent.[1]" (Order, Doc. #26), PAGEID 104-05). The Court warned Alharithi that dismissing Beberich as his attorney and acting *pro se* would result in the undersigned "direct[ing] the Clerk of Courts to issue an Entry of Default against Mazaj . . . and direct[ing] Plaintiff [GS Holistic, LLC] to file a Motion for Default Judgment against Mazaj immediately [upon] the Clerk entering default." (*Id.* at PAGEID 105-06 (numeration omitted)). The Court ordered Alharithi, within fourteen days of the Order, to notify the Court affirmatively that he wished to proceed *pro se.* (*Id.* at PAGEID 105).

Alharithi did not respond to the Court's Order, Beberich has not indicated his intent to withdraw as counsel, and Beberich is still listed as trial attorney for this case. Accordingly, Alharithi's Notice of Termination (Doc. #25) is OVERRULED. Additionally, Defendants' Motions for Settlement (Doc. #24), Clarification (Doc. #37), and to be Present and Informed in All Trial Sessions and Video/Zoom Conferences (Doc. #38) are STRICKEN WITHOUT PREJUDICE to renewal, because they were not signed by the trial attorney, Beberich, as required by S.D. OHIO CIV.R. 83.4(a).

IT IS SO ORDERED.

May 21, 2026

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Arts. of Incorp., https://bizimage.ohiosos.gov/api/image/pdf/201825800326 (last accessed Jan. 29, 2026); *see also Collins v. City of Norwood, Ohio*, No. 1:23-cv-632, 2025 WL 2022116, *7 n.8 (S.D. Ohio Jul. 18, 2025) (Cole, J.) (the "Ohio Secretary of State's business records" are public documents "of which this Court can take judicial notice[.]"

2